# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4086 Direct
(212) 972-3213 Fax
Michael.Jakowsky@jacksonlewis.com

February 25, 2021

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:  Mulhall v. Sterling National Bank;
Case No.: 20-cv-08339-RA

Dear Judge Abrams:

We represent Sterling National Bank and, jointly with counsel for Plaintiff, write to respectfully request an adjournment of the Initial Case Management Conference presently scheduled before the Court on March 5, 2021 at 3:30pm. Pursuant to the Court's ADR protocols for counseled employment discrimination cases, the Parties are scheduled to attend mediation with mediator Erica B. Garay, Esq. on March 3, 2021. The Parties are hopeful the matter will be resolved at that time. This is the Parties first request for an adjournment of the Initial Case Management Conference.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ Michael A. Jakowsky
Michael A. Jakowsky
Lauren A. Parra

Cc: Mark Shirian, Esq.

Application granted. The initial pretrial conference is hereby adourned *sine die*. Within one week of mediation, the parties shall file a letter updating the Court on the status of this case.

4814-7997-5902, v. 2

SO ORDERED.

_____
Hon. Ronnie Abrams
February 26, 2021